| Call Log Of Ross Cassidy | | | |
|---|---|---|---|
| # | Date | Time | Number |
| 1 | 3/23/2016 | 6:26PM | 765-637-0802 |
| 2 | 3/24/2016 | 5:24PM | 765-637-0802 |
| 3 | 3/25/2016 | 2:20PM | 765-637-0802 |
| 4 | 3/28/2016 | 3:28PM | 607-235-5092 |
| 5 | 3/30/2016 | 10:29AM | 607-235-5092 |
| 6 | 4/1/2016 | 2:19PM | 607-235-5092 |
| 7 | 4/4/2016 | 3:28PM | 607-235-5092 |
| 8 | 4/5/2016 | 2:18PM | 607-235-5092 |
| 9 | 4/6/2016 | 10:55AM | 670-235-5092 |
| 10 | 4/6/2016 | 7:30PM | 607-235-5092 |
| 11 | 4/7/2016 | 3:32PM | 607-235-5092 |
| 12 | 4/8/2016 | 1:51PM | 607-235-5092 |
| 13 | 4/8/2016 | 3:16PM | 607-235-5092 |
| 14 | 4/10/2016 |  | 513-972-4973 |
| 15 | 4/11/2016 | 3:48PM | 607-235-5092 |
| 16 | 4/11/2016 | 6:48PM | 607-235-5092 |
| 17 | 4/12/2016 | 7:18PM | 607-235-5092 |
| 18 | 4/13/2016 | 10:42AM | 607-235-5092 |
| 19 | 4/13/2016 | 3:55PM | 607-235-5092 |
| 20 | 4/13/2016 | 6:00PM | 607-235-5092 |
| 21 | 4/14/2016 | 2:51PM | 607-235-5092 |
| 22 | 4/14/2016 | 5:53PM | 607-235-5092 |
| 23 | 4/15/2016 | 1:55PM | 607-235-5092 |
| 24 | 4/16/2016 | 10:58AM | 877-830-7667 |
| 25 | 4/17/2016 | 3:45PM | 877-830-7667 |
| 26 | 4/18/2016 | 3:14PM | 607-235-5092 |
| 27 | 4/19/2016 | 10:57AM | 607-235-5092 |
| 28 | 4/19/2016 | 7:14PM | 607-235-5092 |
| 29 | 4/20/2016 | 1:04PM | 607-235-5092 |
| 30 | 4/20/2016 | 6:52PM | 607-235-5092 |
| 31 | 4/21/2016 | 4:21PM | 607-235-5092 |
| 32 | 4/21/2016 | 7:14PM | 607-235-5092 |
| 33 | 4/22/2016 | 2:07PM | 607-235-5092 |
| 34 | 4/25/2016 | 3:38PM | 607-235-5092 |
| 35 | 4/26/2016 | 7:27PM | 585-445-6796 |
| 36 | 4/27/2016 | 1:00PM | 585-445-6796 |
| 37 | 4/27/2016 | 6:02PM | 585-445-6796 |
| 38 | 4/28/2016 | 3:17PM | 585-445-6796 |
| 39 | 4/28/2016 | 6:46PM | 585-445-6796 |
| 40 | 4/29/2016 | 4:55PM | 585-445-6796 |
| 41 | 5/2/2016 | 7:18PM | 585-445-6796 |
| 42 | 5/3/2016 | 2:47PM | 585-445-6796 |
| 43 | 5/3/2016 | 8:59PM | 877-830-7667 |
| 44 | 5/4/2016 | 1:28PM | 585-445-6796 |
| 45 | 5/4/2016 | 7:08PM | 585-445-6796 |

| | | | |
|---|---|---|---|
| 46 | 5/5/2016 | 8:13AM | 585-445-6796 |
| 47 | 5/5/2016 | 8:26PM | 877-830-7667 |
| 48 | 5/6/2016 | 8:38PM | 877-830-7667 |
| 49 | 5/7/2016 | 9:33AM | 877-830-7667 |
| 50 | 5/9/2016 | 1:10PM | 585-445-6796 |
| 51 | 5/9/2016 | 2:16PM | 585-445-6796 |
| 52 | 5/9/2016 | 3:23PM | 585-445-6796 |
| 53 | 5/10/2016 | 11:05AM | 585-445-6796 |
| 54 | 5/10/2016 | 8:58PM | 585-445-6796 |
| 55 | 5/11/2016 | 9:52AM | 585-445-6796 |
| 56 | 5/12/2016 | 8:49AM | 585-445-6796 |
| 57 | 5/12/2016 | 6:00PM | 585-445-6796 |
| 58 | 5/13/2016 | 12:10PM | 585-445-6796 |
| 59 | 5/13/2016 | 1:34PM | 585-445-6796 |
| 60 | 5/13/2016 | 2:43PM | 585-445-6796 |
| 61 | 5/13/2016 | 6:08PM | 585-445-6796 |
| 62 | 5/13/2016 | 8:30PM | 585-445-6796 |
| 63 | 5/14/2016 | 8:22AM | 585-445-6796 |
| 64 | 5/14/2016 | 11:35AM | 585-445-6796 |
| 65 | 5/16/2016 | 5:51PM | 585-445-6796 |
| 66 | 5/17/2016 | 8:17AM | 585-445-6796 |
| 67 | 5/17/2016 | 9:34AM | 585-445-6796 |
| 68 | 5/17/2016 | 8:12PM | 585-445-6796 |
| 69 | 5/18/2016 | 8:58PM | 585-445-6796 |
| 70 | 5/19/2016 | 8:14PM | 585-445-6796 |
| 71 | 5/20/2016 | 12:12PM | 585-445-6796 |
| 72 | 5/21/2016 | 12:37PM | 585-445-6796 |
| 73 | 5/23/2016 | 9:05AM | 585-445-6796 |
| 74 | 5/23/2016 | 12:06PM | 585-445-6796 |
| 75 | 5/23/2016 | 5:20PM | 585-445-6796 |
| 76 | 5/24/2016 | 8:17AM | 585-445-6796 |
| 77 | 5/24/2016 | 5:34PM | 585-445-6796 |
| 78 | 5/24/2016 | 6:52PM | 585-445-6796 |
| 79 | 5/24/2016 | 8:56PM | 585-445-6796 |
| 80 | 5/25/2016 | 12:07PM | 585-445-6796 |
| 81 | 5/25/2016 | 8:13PM | 585-445-6796 |
| 82 | 5/27/2016 |  | 513-972-4973 |
| 83 | 5/28/2016 | 8:15AM | 585-445-6796 |
| 84 | 5/28/2016 | 11:23AM | 585-445-6796 |
| 85 | 5/29/2016 | 4:52 PM | 585-445-6796 |
| 86 | 6/1/2016 | 11:11 AM | 513-972-4973 |
| 87 | 6/3/2016 | 7:27 PM | 513-972-4973 |
| 88 | 6/4/2016 | 8:48 AM | 585-445-6796 |
| 89 | 6/5/2016 | 3:14 PM | 585-445-6796 |
| 90 | 6/27/2016 | 8:27 PM | 513-972-4973 |
| 91 | 6/28/2016 | 9:06 AM | 513-972-4973 |
| 92 | 7/5/2016 | 12:51 PM | 513-972-4973 |

| | | | |
|---|---|---|---|
| 93  | 7/7/2016   | 2:13 PM  | 513-972-4973 |
| 94  | 7/12/2016  | 1:32 PM  | 513-972-4973 |
| 95  | 7/12/2016  | 1:35 PM  | 513-972-4973 |
| 96  | 7/14/2016  | 12:14 PM | 513-972-4973 |
| 97  | 7/19/2016  | 11:16 AM | 513-972-4973 |
| 98  | 7/20/2016  | 4:27 PM  | 513-972-4973 |
| 99  | 7/21/2016  | 12:28 PM | 513-972-4973 |
| 100 | 7/26/2016  | 11:57 AM | 513-972-4973 |
| 101 | 7/28/2016  | 11:52 AM | 607-235-5093 |
| 102 | 7/29/2016  | 8:16 AM  | 607-235-5093 |
| 103 | 8/1/2016   | 8:04 PM  | 607-235-5093 |
| 104 | 8/4/2016   | 11:06 AM | 607-235-5093 |
| 105 | 8/4/2016   | 1:08 PM  | 607-235-5093 |
| 106 | 8/11/2016  | 12:27 PM | 607-235-5093 |
| 107 | 8/16/2016  | 12:42 PM | 607-235-5093 |
| 108 | 8/17/2016  | 4:09 PM  | 607-235-5093 |
| 109 | 8/18/2016  | 12:03 PM | 607-235-5093 |
| 110 | 8/23/2016  | 12:43 PM | 607-235-5093 |
| 111 | 8/25/2016  | 1:15 PM  | 607-235-5093 |
| 112 | 8/30/2016  | 12:47 PM | 607-235-5093 |
| 113 | 9/6/2016   | 12:11 PM | 607-235-5093 |
| 114 | 9/8/2016   | 12:47 PM | 607-235-5093 |
| 115 | 9/13/2016  | 12:51 PM | 607-235-5093 |
| 116 | 9/20/2016  | 11:00 AM | 607-235-5093 |
| 117 | 9/22/2016  | 1:27 PM  | 607-235-5093 |
| 118 | 9/27/2016  | 12:44 PM | 607-235-5093 |
| 119 | 11/29/16   | 10:30 AM | 513-973-4975 |
| 120 | 11/25/16   | 10:21 AM | 765-637-0801 |
| 121 | 12/2/2016  | 10:22 AM | 513-972-4975 |