UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:16-cv-3366-EAK-MAP

ROSS CASSIDY

    Plaintiff,

v.

NAVIENT SOLUTIONS, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice. The Court has carefully reviewed the joint stipulation, the court file and is otherwise fully advised in the premises. Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Court approves, adopts and ratifies the joint stipulation. The Complaint is dismissed with prejudice.

2. Each party shall bear its/his own costs and attorneys' fees, and no party shall be deemed a prevailing party with regard to this action.

3. As the parties have expressly conditioned the effectiveness of the joint stipulation on the Court's entry of an order retaining jurisdiction, the Court will retain jurisdiction for the purpose of enforcing the parties' confidential settlement agreement and release.

DONE AND ORDERED in Chambers in Tampa, Florida this 14th day of JULY, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE